UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61305-CIV-DIMITROULEAS/SNOW

TAL HILSON,

    Plaintiff,

vs.

SMAK ENTERPRISES, LLC,

    Defendant.

_____/

### ORDER APPROVING CONSENT DECREE; DISMISSING ACTION WITH PREJUDICE

THIS CAUSE is before the Court on the parties' Joint Motion for Entry of Consent Decree and Dismissal of Case With Prejudice [DE 34] (the "Motion"). The Court has carefully considered the Motion [DE 34] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 34] is hereby **GRANTED**;

2. The Consent Decree [DE 34-1] is hereby **APPROVED**, adopted, and incorporated by reference;

3. The Action is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees and costs except as otherwise agreed; and

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of December 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record